# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2016

152094(5)

*In re* KEVIN J. RIEMAN

_____

ATTORNEY GRIEVANCE COMMISSION,
        Petitioner.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
*Justices*

SC: 152094
ADB: 15-9-GA

      On order of the Court, the motion for order to show cause is considered, and it is DENIED, because we are not persuaded that the Court should grant the requested relief.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2016

a1110

Clerk